AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
Eastern Division

Rogers                                **JUDGMENT IN A CIVIL CASE**

          v.                                   Case Number: 04 C 6476

Baxter Intl Inc.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendants' motion for summary judgment is granted, and Rogers's motion for partial summary judgment is denied. Civil case terminated.

                                                Michael W. Dobbins, Clerk of Court

Date: 5/3/2010                              _____
                                                /s/ Rhonda Johnson, Deputy Clerk