# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| DAVID E. ROGERS, on behalf of Himself and a Class of Persons Similarly Situated, *et al.*, | ) ) ) ) | No. 04-C-6476 |
| Plaintiff, | ) ) | Hon. Joan B. Gottschall |
| v. | ) ) ) | |
| BAXTER INTERNATIONAL INC., *et al.* | ) ) | |
| Defendants. | ) ) ) | |

### MOTION OF DEFENDANTS BAXTER INTERNATIONAL INC. AND HARRY M. JANSEN KRAEMER, JR. FOR AN AWARD OF THEIR COSTS PURSUANT TO FED. R. CIV. P. 54(d) AND ERISA SECTION 502(g)(1)

Defendants Baxter International Inc. ("Baxter") and Harry M. Jansen Kraemer, Jr., through their attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, hereby move this Court for an order awarding them their costs incurred in defending this action in the amount of $306,251.26 pursuant to Fed. R. Civ. P. 54(d) and ERISA Section 502(g)(1), 29 U.S.C. § 1132(g)(1).[1]

In support of this motion, Baxter and Mr. Kraemer submit herewith a Bill of Costs pursuant to Rule 54(d) and Local Rule 54.1, the affidavit of Andrew J. Fuchs attached thereto, and a supporting memorandum of law, and further state as follows:

---

[1] The remaining defendants, Brian P. Anderson and the Administrative and Investment Committees of the Baxter International Inc. and Subsidiaries Incentive Investment Plan are represented by Morgan, Lewis & Bockius LLP and have submitted a separate motion to recover their costs in this action and a supporting memorandum of law. The two sets of defendants have conferred to insure that there is no duplication of costs in their respective bills of costs.

1. On May 3, 2010, the Court granted defendants' motion for summary judgment, denied plaintiff's cross-motion for summary judgment, and entered judgment in favor of all defendants. (Docket No. 455.)

2. As prevailing parties, Baxter and Mr. Kraemer are entitled to an award of their costs against plaintiff David E. Rogers pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure, which provides: "Unless a federal statute, these rules, or a court order provides otherwise, costs—other than attorney's fees—should be allowed to the prevailing party." Fed. R. Civ. P. 54(d)(1).

3. Baxter and Mr. Kraemer also are entitled to recover their costs from Rogers pursuant to ERISA Section 502(g)(1), which provides: "In any action under this subchapter . . . by a participant, beneficiary, or fiduciary, the court in its discretion may allow a reasonable attorney's fee and costs of action to either party." 29 U.S.C. § 1132(g)(1). As set forth in Baxter and Mr. Kraemer's memorandum of law, the Court should award them their costs pursuant to ERISA Section 502(g)(1) because Rogers' position was not substantially justified and an award of costs against Rogers would not be unjust.[2]

---

[2] Baxter and Mr. Kraemer seek only an award of their costs and do not seek and award of their attorneys' fees.

2

3

WHEREFORE, Baxter and Mr. Kraemer respectfully request that the Court grant this motion and award them their costs in the amount of $306,251.26.

Dated: June 1, 2010

<u>/s/Matthew R. Kipp</u>
Matthew R. Kipp
Donna L. McDevitt
Andrew J. Fuchs
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois   60606
(312) 407-0700

Attorneys for Defendants Baxter
International Inc. and Harry M. Jansen
Kraemer, Jr.

**CERTIFICATE OF SERVICE**

Matthew R. Kipp, an attorney, hereby certifies that on June 1, 2010, he caused true and correct copies of the foregoing Motion of Defendants Baxter International Inc. and Harry M. Jansen Kraemer, Jr. for an Award of Their Costs Pursuant to Fed. R. Civ. P. Rule 54(d) and ERISA Section 502(g)(1) to be served via the Court's electronic filing system on the following attorneys of record in this matter:

>Robert D. Allison, Esq.
>Bruce C. Howard, Esq.
>ROBERT D. ALLISON & ASSOCIATES
>122 South Michigan Avenue, Suite 1850
>Chicago, IL 60603
>
>Thomas R. Meites, Esq.
>Shona B. Glink, Esq.
>Jamie S. Franklin, Esq.
>MEITES, MULDER, & MOLLICA & GLINK
>20 South Clark Street, Suite 1500
>Chicago, IL 60603
>
>Charles C. Jackson
>Jeremy P. Blumenfeld
>Christopher J. Boran
>MORGAN, LEWIS & BOCKIUS LLP
>77 West Wacker Drive
>Chicago, Illinois 60601

>>/s/Matthew R. Kipp
>>Matthew R. Kipp