IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID E. ROGERS, on behalf of Himself and a Class of Persons Similarly Situated, *et al.*, ) ) ) ) | No. 04-C-6476 |
| Plaintiff, ) ) | Hon. Joan B. Gottschall |
| v. ) ) | |
| BAXTER INTERNATIONAL INC., *et al.* ) ) | |
| Defendants. ) ) | |

**DEFENDANTS BAXTER INTERNATIONAL INC.
AND HARRY M. JANSEN KRAEMER, JR.'S NOTICE OF APPEAL**

Notice is hereby given that defendants Baxter International Inc. ("Baxter") and Harry M. Jansen Kraemer, Jr. hereby appeal to the United States Court of Appeals for the Seventh Circuit from the district court's Memorandum Opinion and Order dated March 16, 2011 (Docket No. 510), by which the district court granted in part and denied in part Baxter and Mr. Kraemer's motion for an award of their costs pursuant to Fed. R. Civ. P. 54(d)(1) and ERISA Section 502(g)(1).

Dated: April 15, 2011

                                                  */s/Matthew R. Kipp*
                                                  Matthew R. Kipp
                                                  Donna L. McDevitt
                                                  Andrew J. Fuchs
                                                  SKADDEN, ARPS, SLATE,
                                                     MEAGHER & FLOM LLP
                                                  155 North Wacker Drive
                                                  Chicago, Illinois  60606
                                                  (312) 407-0100

                                                  Attorneys for Defendants Baxter
                                                  International Inc. and Harry M. Jansen
                                                  Kraemer, Jr.

## **CERTIFICATE OF SERVICE**

Matthew R. Kipp, an attorney, hereby certifies that on April 15, 2011, he caused true and correct copies of the foregoing Notice of Appeal to be served via the Court's electronic filing system on the following attorneys of record in this matter:

> Robert D. Allison, Esq.
> Bruce C. Howard, Esq.
> ROBERT D. ALLISON & ASSOCIATES
> 122 South Michigan Avenue, Suite 1850
> Chicago, IL 60603
>
> Thomas R. Meites, Esq.
> Shona B. Glink, Esq.
> MEITES, MULDER, & MOLLICA & GLINK
> 32 S. Plymouth Court, Suite 1250
> Chicago, IL 60604
>
> Charles C. Jackson
> Jeremy P. Blumenfeld
> Christopher J. Boran
> MORGAN, LEWIS & BOCKIUS LLP
> 77 West Wacker Drive
> Chicago, Illinois 60601

> /s/Matthew R. Kipp
> Matthew R. Kipp