# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| DAVID E. ROGERS, on behalf of Himself and a Class of Persons Similarly Situated, *et al.*, | ) ) ) | No. 04-C-6476 |
| Plaintiff, | ) ) | Judge Joan B. Gottschall |
| v. | ) ) | |
| BAXTER INTERNATIONAL INC., et *al.* | ) ) | |
| Defendants. | ) ) | |

[~~PROPOSED~~] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court for hearing pursuant to the Amended Order Preliminarily Approving Settlement and Providing for Notice ("Order") dated July 29, 2011, on the application of the Parties for approval of the Settlement set forth in the Settlement Agreement dated May 6], 2011. Due and adequate notice having been given to the Class as required in said Order, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.       This Order and Final Judgment incorporates by reference the definitions in the Settlement Agreement, and all terms used herein shall have the same meanings as set forth in the Settlement Agreement, unless otherwise set forth herein.

2.       This Court has jurisdiction over the subject matter of the Litigation and over all Parties to the Litigation, including all members of the Class.

3.       Pursuant to Federal Rule of Civil Procedure 23, this Court hereby approves the Settlement set forth in the Settlement Agreement and finds that said Settlement is, in all respects, fair, reasonable, and adequate to the Class.

4.       Accordingly, the Court authorizes and directs implementation of all the terms and provisions of the Settlement Agreement, as well as the terms and provisions hereof.  The Court hereby dismisses, as to Defendants, the Litigation and all Released Claims of the Class with prejudice, without costs or attorneys' fees as to any Settling Party or their counsel.

5.       Upon the Effective Date hereof, Class Representative shall have, and each of the Class Members shall be deemed to have, and by operation of this Order and Final Judgment shall have, fully, finally, and forever released, relinquished, and discharged all Released Claims against the Released Persons.

6.       Class Representative, all members of the Class, the heirs, successors, and assigns of any of them, and anyone claiming through or on behalf of any of them, are hereby permanently

- 1 -

barred, enjoined, and restrained from instituting, commencing or prosecuting, either directly or in any other capacity, in the Litigation or any other action or proceeding, any Released Claims against any of the Released Persons. The Released Claims against each and all of the Released Persons shall be released and dismissed with prejudice and on the merits.

7.      The Notice distributed to the Class was the best notice practicable under the circumstances and said notice fully satisfied the requirements of Federal Rule of Civil Procedure 23 and the requirements of due process.

8.      Neither the Settlement Agreement nor the Settlement contained therein, nor any act performed or document executed pursuant to or in furtherance of the Settlement Agreement or the Settlement: (a) is or may be deemed to be or may be used as an admission of, or evidence of, the validity of any Released Claim, or of any wrongdoing or liability of the Released Persons, or (b) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of any of the Defendants or other Released Persons in any civil, criminal, or administrative proceeding in any court, administrative agency, or other tribunal.  Defendants and other Released Persons may file the Settlement Agreement and/or this Order and Final Judgment from this Action in any other action in which they are parties or that may be brought against them in order to support a defense, claim, or counterclaim based on principles of *res judicata*, collateral estoppel, release, good faith settlement, judgment bar or reduction, or any theory of claim preclusion or issue preclusion or similar defense or counterclaim.

9.      Without affecting the finality of this Order and Final Judgment in any way, this Court hereby retains continuing exclusive jurisdiction over all Parties hereto for the purpose of construing, enforcing, and administering the Settlement Agreement.

10.     In the event that the Settlement does not become effective in accordance with the terms of the Settlement Agreement, or the Effective Date does not occur, then this Order and Final Judgment shall be rendered null and void to the extent provided by and in accordance with the Settlement Agreement and shall be vacated and, in such event, all orders entered and releases

- 2 -

delivered in connection herewith shall be null and void to the extent provided by and in accordance with the Settlement Agreement.

11. Without further order of the Court, the Settling Parties may agree to reasonable extensions of time to carry out any of the provisions of the Settlement Agreement.

12. There is no reason for delay in the entry of this Order and Final Judgment and immediate entry by the Clerk of the Court is expressly directed pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. Each side to bear its own fees and costs.

IT IS SO ORDERED.

DATED: _October 19, 2011_ _____
THE HONORABLE JOAN B. GOTTSCHALL
UNITED STATES DISTRICT JUDGE

- 3 -